THE STATE OF OHIO, APPELLEE, *v.* TYSON, APPELLANT.

[Cite as State *v.* Tyson (1985), 20 Ohio St. 3d 40.]

(No. 85-127—Decided November 20, 1985.)

*Gary Radanof,* assistant prosecutor, for appellee.

*Teodosio, Cherpas & Manos* and *Christopher T. Cherpas,* for appellant.

The judgment in this cause, having been certified by the court of appeals in case No. 11723 as being in conflict with *State* v. *Emch* (1982), 7 Ohio App. 3d 7, is affirmed on authority of *State* v. *Boyd* (1985), 16 Ohio St. 3d 7, and *State* v. *Ward* (1984), 15 Ohio St. 3d 355.

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.